IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


GILBERT A. WHITFIELD,                                06-CV-1655-AS

        Plaintiff,                                ORDER

v.

TRI-METROPOLITAN TRANSPORTATION DISTRICT,
a Municipal Corporation; CITY OF PORTLAND,
a Municipal Corporation; CHRISTOPHER LAFRENZ;
and DANIEL ROMANOWSKI,

        Defendants.


**JESSICA ASHLEE ALBIES**
Law Office of J. Ashlee Albies
205 S.E. Spokane St., Suite 300
Portland, OR 97202
(503) 963-3751

**STEVEN GOLDBERG**
205 S.E. Spokane St., Suite 300
Portland, OR 97202
(503) 445-4622

        Attorneys for Plaintiff


1 - ORDER

**KIMBERLY A. SEWELL**
Tri-County Metropolitan Transportation District of Oregon
4012 S.E. 17th Avenue, LS3
Portland, OR 97202
(503) 962-5656

    Attorney for Defendant Tri-County Metropolitan
    Transportation District of Oregon

**LINDA MENG**
City Attorney
**JAMES G. RICE**
Deputy City Attorney
City of Portland
1221 S.W. Fourth Avenue, Room 430
Portland, OR 97204
(503) 823-4047

    Attorneys for Defendants City of Portland, Christopher
    Lafrenz, and Daniel Romanowski

**BROWN, Judge.**

  Magistrate Judge Donald C. Ashmanskas issued Findings and Recommendation (#26) on February 5, 2007, in which he recommended this Court deny Defendant Tri-Metropolitan Transportation District's Motion to Dismiss (#15). The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

  Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court

2 - ORDER

does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Ashmanskas's Findings and Recommendation (#26). Accordingly, the Court **DENIES** Defendant's Motion to Dismiss (#15).

IT IS SO ORDERED.

DATED this 28th day of February, 2007.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

3 - ORDER